1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8    UNITED STATES OF AMERICA,

9                                                      CASE NO.CR00-267-RSL

10          Plaintiff,

                                                       PROPOSED FINDINGS OF
11          v.                                         FACT AND DETERMINATION
                                                       AS TO ALLEGED VIOLATIONS
12    LEONARD SABRA BLATT,                             OF SUPERVISED RELEASE

13          Defendant.

14

15                                    INTRODUCTION

16          I conducted a hearing on alleged violations of supervised release in this case on August 2,

17   2005. The United States was represented by Joanne Maida, Defendant was represented by Michael

18   C. Nance. The proceedings were recorded on disk.

19

20                               CONVICTION AND SENTENCE

21          Defendant had been convicted of Count 1 Possessing Document Making Implement;

22   Count 2 Transferring False Identification Documents; Count 3 Causing Production of False ID

23   Documents; Count 4 Falsely Representing Another Person's Social Security Number; Count 5

24   Causing False Representation of Another's Social Security Number on or about January 5,

25   2001. The Hon. Robert S. Lasnik of this court sentenced the defendant to 57 months of

26   confinement, followed by 3 years of supervised release. The court also ordered special

27   conditions for substance abuse, financial disclosure, mental health, and other conditions: Notify

28

PROPOSED FINDINGS
PAGE -1-

1  USPO of all computer hardware and software owned, no ID other in true legal name; and no

2  self-employment; CCC (up to 180 days), no contact with Tertia Rice.

3       The conditions of supervised release included requirements that defendant comply with the

4  standard 13 conditions.

5  ALLEGED VIOLATIONS AND THE DEFENDANT'S ADMISSION

6       USPO Michael Banks in his report dated February 3, 2005 and USPO Steven McNickle in

7  his reports dated June 3, 2005 and June 20, 2005 alleged  that the Defendant violated the

8  conditions of supervised release in 6 respects:

9      (1)    Failing to complete the Pioneer Fellowship House on February 2, 2005 in violation

10          of a special condition;

11     (2)    Committing the crime of Obstruction on or about April 25, 2005, in violation of a

12          standard condition;

13     (3)    Committing the crime of Failure to Obey Law Enforcement on or about April 25,

14          2005, in violation of a standard condition;

15     (4)    Committing the crime of No Valid Operator's License on or about April 25, 2005,

16          in violation of a standard condition;

17     (5)    Possessing identification in other than his true name, in violation of the special

18          condition prohibiting him from doing so; and

19     (6)    Associating with Thomas Hunt, an inmate at the United States Penitentiary in

20          Lewisburg, Pennsylvania, in violation of standard condition #9.

21

22 At an initial hearing, I advised the defendant of these charges and of his constitutional rights.  At

23 today's hearing the defendant admitted the violations nos. 1 - 3, and 6, waived any hearing as to

24 whether it occurred, and the Government has agreed to withdraw/dismiss violations nos. 4 and

25 5, this matter is set for a disposition hearing before the Hon. Robert S. Lasnik.

26 //

27 //

28

PROPOSED FINDINGS
PAGE -2-

1
## RECOMMENDED FINDINGS AND CONCLUSIONS

2      Based upon the foregoing, I recommend the court find that defendant has violated the

3   conditions of his supervised release as alleged; and set the matter for a disposition hearing.

4      Defendant has been detained pending a final determination by the court.

5      DATED this 2nd day of August, 2005.

6

7

8                                                    s/ Monica J. Benton

9                                                    MONICA J. BENTON
                                                     United States Magistrate Judge
10

11   cc:   Sentencing Judge          :      Hon. Robert S. Lasnik
           Assistant U.S. Attorney   :      Joanne Maida
12         Defense Attorney          :      Michael C. Nance
           U. S. Probation Officer   :      Michael Banks/Steven McNickle
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED FINDINGS
PAGE -3-