UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEONARD SABRA BLATT,<br><br>    Defendant. | Case No. CR00-267L<br><br>ORDER DENYING MOTION TO COMPEL |

This matter comes before the Court on defendant's *pro se* "Motion to Compel" (Dkt. # 176). Defendant requests that this court compel his former state court criminal defense attorney to provide his files. Defendant sought the information in relation to probation violation charges in this case. The violation charges have since been resolved. Of the six charged violations, defendant admitted to four and the government withdrew the remaining two. Since the documents defendant seeks are not necessary to resolve the probation violations, his motion is DENIED.

DATED this 17th day of August, 2005.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO COMPEL