UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>    v.<br><br>LEONARD SABRA BLATT,<br><br>      Defendant. | Case No.  CR00-267L<br><br>ORDER DENYING DEFENDANT'S WITHDRAWAL OF GUILTY PLEA/ADMISSION |

This matter comes before the Court on defendant's *pro se* "Withdrawal of Guilty Plea/Admission" (Dkt. # 195). Defendant seeks to withdraw his guilty plea to the charges of failing to complete his period of confinement at Pioneer House and associating with a convicted felon without permission. Upon review of defendant's pleading and in consideration of defendant's statements at his hearing, his motion is DENIED.

DATED this 7th day of September, 2005.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER DENYING WITHDRAWAL OF
GUILTY PLEA/ADMISSION